# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE OF WEST VIRGINIA** *ex rel.* **DARRELL V. MCGRAW, Jr.,** Attorney General, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 09-4671 |
| v. | : : | |
| **COMCAST CORP., et al.,** | : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this ___31st____ day of March, 2010, upon consideration of Defendants' Notice of Removal (Doc. #12), Plaintiff's Motion to Remand (Doc. #13), Plaintiff's Memorandum in Support of its Motion to Remand (Doc. #14), Defendants' Memorandum in Opposition to Plaintiff's Motion to Remand (Doc. #15), and Plaintiff's Reply (Doc. #16), it is **ORDERED** that Plaintiff's Motion to Remand is **DENIED**.

                                                          s/Anita B. Brody

                                                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: